Raymond E. Hane III, (SBN 149960)
E-mail: rhane@bwslaw.com
Jonathan L. Brophy, (SBN 245223)
E-mail: jbrophy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendant
WAL-MART STORES, INC. and JOHN LORANGER

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BELTZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; JOHN LORANGER; and DOES 1-50, inclusive,,<br><br>　　　　Defendants. | Case No. 2:10-CV-00600-JFW-RZ<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>State Action Filed: November 9, 2009<br>Trial Date:　　January 25, 2011 |

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by Plaintiff John Beltz and Defendant Wal-Mart Stores, Inc., and Defendant John Loranger on November 23, 2010, the COURT hereby ORDERS that the above entitled action be DISMISSED with prejudice.

Dated:　　November 24, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable John F. Walter
　　　　　　　　　　　　　　　　　　United States District Court Judge

LA #4845-4933-7096 v1　　　　　　　- 1 -　　　　　　　[PROPOSED] ORDER